*Wednesday, July 8, 1998*

## MERIT DOCKET

**98–828.  Wright v. Presiding Judge, Court of Appeals, First Dist.**
In Procedendo. *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–928.  State ex rel. Ajamu v. Ghee.**
In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–963.  State ex rel. Simms v. Sutula.**
In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1090.  Moreland v. Anderson.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1149.  Lee v. Konteh.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1153.  Askew v. Anderson.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**95–2376.  State ex rel. Parks v. Indus. Comm.**
Franklin App. No. 95APD07–1096.  On request for oral argument.  Request granted.
    COOK, J., dissents.

**97–2039.  E. Canton Edn. Assn. v. McIntosh.**
Stark App. No. 96CA0293.  On motion to supplement record.  Motion granted.